FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 DEC 27 PM 3:17

CLERK____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC BERNARD HICKS,       )
                          )
        Movant,           )
                          )
v.                        )    CASE NO. CV413-242
                          )             CR499-133
UNITED STATES OF AMERICA, )
                          )
        Respondent.       )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which objections have been filed (Doc. 4). After a careful de novo review of the record, the Court finds Movant's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Movant's § 2255 motion is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA